■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BETHEA, Appellant. [845 NYS2d 918]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dowling, J.), rendered October 5, 2004, convicting him of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly denied the defendant's untimely request for an in camera examination of the confidential informant (*see People v Darden*, 34 NY2d 177, 181 [1974]; *People v Edwards*, 95 NY2d 486 [2000]; *People v Brown*, 2 AD3d 1423, 1424 [2003]).

The defendant was afforded meaningful representation (*see People v Henry*, 95 NY2d 563, 565-566 [2000]; *People v Benevento*, 91 NY2d 708, 714 [1998]; *People v Rivera*, 71 NY2d 705, 709 [1988]; *People v Anderson*, 305 AD2d 611, 612 [2003]). Schmidt, J.P., Rivera, Florio and Balkin, JJ., concur.